

ATTORNEYS AT LAW

SUITE 5000
150 EAST GILMAN STREET
MADISON, WI 53703-1482
POST OFFICE BOX 1497
MADISON, WI 53701-1497
608.257.5035 TEL
608.258.4258 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
608.258.4273
rhowell@foley.com

March 30, 2020

Honorable Lynn Adelman
U.S District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 364
Milwaukee, WI 53202

   Re: Schuyler File v. Jill M. Kastner, et al.
     Case o. 19-cv-1063

Dear Judge Adelman:

   The Wisconsin State Bar Defendants take no position regarding Plaintiff's Motion to Disqualify, Dkt. 29, and will not be filing anything further with regard to that motion.

   Thank you for your consideration.

     Sincerely,

     /s/ Roberta F. Howell

     Roberta F. Howell

RFH:th

cc: Daniel Suhr, Counsel for Plaintiff Schuyler File, via ECF
  Clayton P. Kawski, Assistant Attorney General, via ECF

AUSTIN  DETROIT  MEXICO CITY  SACRAMENTO  TAMPA
BOSTON  HOUSTON  MIAMI  SAN DIEGO  WASHINGTON, D.C.
CHICAGO  JACKSONVILLE  MILWAUKEE  SAN FRANCISCO  BRUSSELS
DALLAS  LOS ANGELES  NEW YORK  SILICON VALLEY  TOKYO
DENVER  MADISON  ORLANDO  TALLAHASSEE

4818-7738-3864.1